# In The United States Court of Federal Claims

## Cover Sheet

05-123

Plaintiff(s) or Petitioner(s)

Eva P. White, as Administratrix of the Estate of
Christine H. Roberts

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] William M. Beasley

Firm Name: Phelps Dunbar, LLP

Post Office Box: P. O. Box 1220

Street Address: 201 South Spring Street

City-State-Zip: Tupelo, MS 38802

Telephone & Facsimile Numbers: (662) 842-7907 (662) 842-3873

E-mail address: beasleyb@phelps.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 5 2 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O J

**See attached Sheet for three digit code.**

Amount Claimed: $250,000.00

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005