IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) (cc: Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD

In accordance with the provisions of Rule 56.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests leave of the Court to file the administrative record in this case. Plaintiff's counsel has been contacted and does not oppose this motion.

The attached administrative record, filed in conjunction with defendant's notice of intent to proceed by dispositive motion in lieu of an answer, is a record of proceedings of the Bureau of Justice Assistance ("BJA"), Office of Justice Programs, Department of Justice, concerning plaintiff's request for death benefits pursuant to the Public Safety Officers'

Benefits ("PSOB") Act, 42 U.S.C. §§ 3796-3796c.[1] Congress has expressly granted the BJA the authority to determine claims pursuant to the PSOB Act and to promulgate regulations for the administration of the Act. 42 U.S.C. §§ 3796(a), 3796c.

With the filing of this motion, the undersigned counsel of record has, concomitantly, served plaintiff's counsel with a complete copy of the attached administrative record.

For the foregoing reasons, we respectfully request that the Court permit the filing of the administrative record in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

---

[1] Social security numbers and sensitive personal information about individuals not involved in this matter have been redacted from the administrative record. If an unredacted version of the record becomes necessary for litigation, it will be provided pursuant to protective order.

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:
JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

January 27, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 27th day of January, 2006, a copy of the foregoing “DEFENDANT'S MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD” and “ADMINISTRATIVE RECORD” were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Allison Kidd-Miller