# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: February 1, 2006)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed **Motion for Leave to File the Administrative Record** is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge