# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**EVA P. WHITE, as Administratrix of the Estate of Christine H. Roberts ,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-1236C - ADR Pilot**
**Filed: February 22, 2006**
**cc: Judge Baskir**

## O R D E R

An ADR conference was held in this case on February 22, 2006. For the reasons discussed during the conference, the court has determined that ADR would not be appropriate in this case at this time. Based on this morning's brief telephone conversation, although not likely, should the parties wish to undertake ADR proceedings, the undersigned remains available to participate. In that event, counsel for the parties should contact the chambers of the undersigned judge. A copy of this order is being provided to the presiding judge.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**