IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) (cc: Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT NOTICE TO PROCEED

Pursuant to paragraph 5 of the Court's December 8, 2005 Special Procedures Order and Rule 4 of the Alternative Dispute Resolution ("ADR") Pilot Program Procedures Order, plaintiff and defendant file this joint notice to proceed. On February 22, 2006, the parties attended an ADR meeting with the Honorable Marian Blank Horn. The parties agreed that ADR would not aid the resolution of this case, and Judge Horn determined in an order issued later that day "that ADR would not be appropriate in this case at this time." The parties now request that the case proceed as provided for by the rules of this Court, and propose the following three mutually convenient alternative dates for a telephonic preliminary status conference with the Court: March 27, 28, or 29, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/William M. Beasley/rmp
WILLIAM M. BEASLEY
Phelps Dunbar, LLP
Seventh Floor, One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Tel: (662) 842-7907
Fax: (662) 842-3873

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Of Counsel:
JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

Attorney for Plaintiff

Attorneys for Defendant

March 6, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 6th day of March, 2006, a copy of the foregoing "JOINT NOTICE TO PROCEED" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s Allison Kidd-Miller