# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 8, 2006)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court is in receipt of the parties' Joint Notice to Proceed filed March 6, 2006. Parties are requested to file the **Joint Preliminary Status Report no later than April 7, 2006**, to include a briefing schedule and three mutually agreed upon dates in April to hold the telephonic Preliminary Status Conference.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge