IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) (cc: Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to paragraph 4 of the Court's December 8, 2005 Special Procedures Order, and Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

(a) Jurisdiction

Defendant is currently unaware of any basis upon which to challenge the Court's jurisdiction.

(b) Consolidation

The parties agree that this case should not be consolidated with any other case.

(c) <u>Bifurcation</u>

The parties agree that bifurcation is not appropriate in this case.

(d) <u>Deferral</u>

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

(e) <u>Remand/Suspension</u>

The parties do not at this time intend to seek remand or suspension.

(f) <u>Joinder</u>

The parties agree that no additional parties will be joined.

(g) <u>Dispositive Motions</u>

The parties intend to proceed by cross-motions for judgment on the record pursuant to RCFC 56.1.

Defendant intends to file its motion for judgment on the record within 30 days after the parties' telephonic Preliminary Status Conference with the Court. Defendant intends to rely upon the following factual and legal bases in support of its motion:

(1) Ms. Roberts, the mother of public safety officer Sheriff Harold Ray Presley, did not file a claim for benefits pursuant to the Public Safety Officers' Benefits ("PSOB") Act, including its implementing regulations, and therefore is ineligible to receive compensation for her son's death in the line of duty.

(2) Even if Ms. Roberts had filed a claim pursuant to the PSOB Act, her own death two months after that of Sheriff Harold Ray Presley rendered her ineligible for benefits because the PSOB Act does not authorize payment to an individual's estate.

(3) Even if the PSOB Act did authorize payment of benefits to an individual's estate, Ms. Roberts' estate does not have any cognizable legal interest in benefits resulting from the death of Sheriff Harold Ray Presley.

(h) Relevant Factual And Legal Issues

The parties have identified the following factual and legal issues:

(1) Whether the Death Benefits Questionnaire submitted by the Lee County Sheriff's Department to the PSOB Office prior to Mrs. Roberts' death constitutes the filing of a claim for PSOB Act benefits on behalf of Mrs. Roberts.

(2) Whether the PSOB Act authorizes the payment of benefits to an estate.

(3) Whether the PSOB Act authorizes the payment of benefits to the estate of Mrs. Roberts.

(i) Settlement

The parties have discussed settlement, and have participated in an alternative dispute resolution ("ADR") conference with the Honorable Marian Blank Horn. In an order dated February 22, 2006, Judge Horn determined that ADR would not be appropriate in this case at this time.

(j) Trial

This case must be decided on the administrative record. Demutiis v. United States, 48 Fed. Cl. 81, 86-87 (2000), aff'd as modified by 291 F.3d 1373 (Fed. Cir. 2002).

(k) Electronic Case Management

The parties are unaware of any special issues regarding electronic case management needs at this time.

(l) Additional Information

There is no additional information of which the Court should be aware at this time.

Proposed Discovery Plan

This case must be decided on the administrative record. Demutiis, 48 Fed. Cl. at 86-87.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/William M. Beasley/rmp
WILLIAM M. BEASLEY
Phelps Dunbar, LLP
Seventh Floor, One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Tel: (662) 842-7907
Fax: (662) 842-3873

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Of Counsel:
JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

Attorney for Plaintiff

Attorneys for Defendant

March 9, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 10th day of March, 2006, a copy of the foregoing “JOINT PRELIMINARY STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s Allison Kidd-Miller