# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 14, 2006)

*****************************************************

| | |
|---|---|
| EVA WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, *Plaintiff,* | * * * * |
| v. | * * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * * * |

*****************************************************

## ORDER

The Court intends to schedule a telephonic Preliminary Status Conference (on the record) during the month of April. Accordingly, it is ORDERED that the parties agree upon three dates in April and **notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than March 31, 2006**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 1:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge