# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 27, 2006)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m., on Friday, April 28, 2006. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge