IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) (cc: Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATED MOTION FOR LEAVE TO
SUPPLEMENT THE ADMINISTRATIVE RECORD

Plaintiff and defendant respectfully request leave of the Court to supplement the administrative record in this case. In accordance with the provisions of Rule 56.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), counsel for the plaintiff and the defendant have stipulated and agreed upon the contents of the attached supplement to the administrative record.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/William M. Beasley/rmp
WILLIAM M. BEASLEY
Phelps Dunbar, LLP
Seventh Floor, One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Tel: (662) 842-7907
Fax: (662) 842-3873

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Of Counsel:
JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

Attorney for Plaintiff

Attorneys for Defendant

March 31, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 31st day of March 2006, a copy of the foregoing “STIPULATED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller