IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | No. 05-1236C |
| v. | ) | (Judge Baskir) |
| | ) | (cc: Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

SUPPLEMENT TO THE ADMINISTRATIVE RECORD

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-1011
Fax: (202) 307-0972

Of Counsel:
JASON P. COOLEY
Office of Justice Programs
Department of Justice

Attorneys for Defendant

WILLIAM M. BEASLEY
Phelps Dunbar, LLP
Seventh Floor, One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Tel: (662) 842-7907
Fax: (662) 842-3873

Attorney for Plaintiff

March 31, 2006

INDEX TO SUPPLEMENT TO THE ADMINISTRATIVE RECORD

27. Public Safety Officers' Benefits ("PSOB") Program Electronic File Notes, Dated July 7, 2001 to December 12, 2001. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 165

28. Telephone Message, Dated September 14, 2001, From Agent Mark Denim, Federal Bureau of Investigation, Tupelo, Mississippi, to PSOB Program Office . . . . . . . . . . . . . . . 166

29. Facsimile, Dated June 14, 2002, Sent to Lawrence Magdovitz, Esq., Phelps Dunbar LLP, Counsel for the Estate of Christine H. Roberts, from Eric Martin, Benefits Specialist, PSOB Program . . . . . . . . . . . . . . . . . . . . . . . . 167 - 169

30. Handwritten Note from PSOB File, Dated July 17, 2002, Author Unknown . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 170

31. PSOB File Notes, Dated October 23, 2002, Telephone Contact with Lawrence Magdovitz, Phelps Dunbar LLP . . . . . . 171

32. E-mail, Dated February 17, 2004, Sent to the Honorable Frank M. Porpotage, Independent Hearing Officer, from Loretta Behm, Program Manager, Payments and Benefits Division, Bureau of Justice Assistance ("BJA") . . . . . . . . 172 - 173

33. Letter, Undated, Sent to the Honorable Trent Lott, United States Senator, from Michael Guerriere, Chief, Payments and Benefits Division, BJA . . . . . . . . . . . . . . . . . . . . . . . . . . . . 174

27

Last Name: Presley | First Name: Harold | DOB/Age: 10/5/48, Age 52

SS#: [redacted] | Occ: DS | State: MS

Specialist: Eric Martin"

Date of Death: 7/06/01 | Cause of Death: Fatal Gunshot Woun | Date of Injury: 7/06/01

| Spouse | Childrens or Parents | Contact Person | Head of Dept |
|---|---|---|---|
| | Christine Roberts, Mother<br>1239 Reese Street<br>Tupelo, MS 38804<br><br>Patrick Presley,Son, Age 29, [redacted]<br><br>Bradford Presley, Son, Age | Janet Burroughs<br>Lee County Sheriff's Department<br>510 N. Commerce<br>Tupelo, MS 38804 | Jim Johnson<br>Lee County Sheriff's Department<br>510 N. Commerce<br>Tupelo, MS 38804 |

Ledger:

Date to AFIP: | Date to OG: | Date To Budget:

Date from AFI: | Date from OGC: | Date From Budget:

Type of Officer: Police Officer | Document Ctrl #: | Date FU Mailed:

Status: Pending documentation" | Date Close: | Date Time:

Notes | Date Complete Documentation Recieved: | Latest Activity:

7/17/01 Claim Intiated
7/17/01 Rec'd a call from greg prickle attorney for estate, if we need any assistance getting information we can contact him at 662-842-7907. Department will be main poc.
7/19/01 Jimmy Shelton, represents the family of Sheriff Presley, letter of representation in file
7/19/01 Forms mailed out
7/25/01 Jimmy Shelton called wanting information on eligible beneficiaries; informed Mr. Shelton that the mother is the eligible beneficiary as long as the 22 year daughter was not in school.
9/17/01 Received information that the mother has passed away and none of the children are eligible; will send follow-up letter.
10/12/01 Sent letter to agency, ex-wife, attorney saying only eligible beneficiary is Jada Presley, but only if she was in school; if not, and as mother has passed on, the claim will be closed
12/12/01 Received pmsg from Congressman Wicker's office; gave info to Shiela to handle

28

**Date:** 9/14/01 5:02PM
**Caller:** mark denim
**Company:** fbi tuplo
**Phone:** 662-842-9411

* ex-wife

[*] Telephoned
[ ] Will call again
[ ] Wants to see you
[ ] Urgent

[*] Please call
[ ] Returned your call
[ ] Came to see you

regarding case #01-192 harold presley mother just died recently and she was only beneficiary.

2 weeks ago

Per Agent Denim
Jada has been out of school for years, married, divorced

[illegible]

Say "we have learned ..."

29

# U.S. Department of Justice
## Office of Justice Programs

**Bureau of Justice Assistance**
**Public Safety Officers' Benefits Program**
**810 Seventh Street, N.W.**
**Washington, DC 20531**

**Date:** June 14, 2002

**To:** Larry Magdovich / Phelps-Dunbar

**Phone #:** (662) 690-8166
**Fax #:** (662) 842-3873

**From:** Eric Martin

**Phone #:** (202) 514-4138 **Toll Free #:** (888) 744-6513
**Fax #:** (202) 616-0314

**Total Number of Pages (including cover): 3**

**Mr. Magdovich:**

**Please find here the letter we spoke of concerning the lack of eligible beneficiaries for federal death benefits in the case of Harold Presley. Let me know if you have any additional questions.**

**U.S. Department of Justice**

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

October 12, 2001

Janet Burroughs
Lee County Sheriff's Department
510 N. Commerce
Tupelo, MS 38804

Ref: PSOB Claim #01-192: Sheriff Harold R. Presley

Dear Ms. Burroughs:

On July 17, 2001, the Public Safety Officers' Benefits (PSOB) office received information regarding the death of Sheriff Presley. On July 19, we initiated the claim for benefits and sent you a guidance letter indicating what documentation needed to be submitted in order for us to process this case. As of today, we have not received any of the requested materials.

You submitted a completed questionnaire indicating that Sheriff Presley had three adult children between the ages of 22 and 29, as well as one living parent. According to the order of priority of beneficiaries (28 C.F.R. 32.10), if there is no surviving spouse then the PSOB death benefit is paid to the surviving children in equal shares. With regards to the PSOB Program, a child is defined as either 18 years of age or under or between ages 19 and 23 and pursuing a full-time course of study in an institution such as a college, university, or vocational school (28 C.F.R. 32.2(v)(x)). Therefore, the only possible beneficiary in this instance is Sheriff Presley's daughter, Jada Presley. As stated above, Ms. Presley's eligibility is dependent on whether she was enrolled in an educational program when her father died. If she was in school, the guidance letter of July 19 states what materials must be submitted to verify this.

If Ms. Presley was not in school, then Christine Roberts, Sheriff Presley's surviving parent at the time of his death, would be the only other eligible beneficiary for PSOB benefits. However, we have learned that Mrs. Roberts has recently passed away. As a result, if Ms. Presley was not in school then there are no eligible beneficiaries and the claim will be closed.

I would appreciate you contacting me with information pertaining to this matter as soon as possible. I can be reached at 1-888-744-6513 or (202) 514-4138, or at the address below. Please refer to PSOB Claim #01-192.

Public Safety Officers' Benefits Office
Bureau of Justice Assistance
810 Seventh St., N.W.
Washington, D.C. 20531

Attention: Eric Martin

Sincerely,

Eric J. Martin
Benefits Specialist

cc: Charlene Presley
Jimmy D. Shelton

Enclosure

30

U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

February 22, 2002

MEMORANDUM TO THE FILE

FROM: Eric Martin
Benefits Specialist

SUBJECT: Administrative Clos-

7/17/02 per Eric & Linda/ no claim form was ever filed / we only rec'd the questionnaire.

On July 19, 2001, a claim
Harold R. Presley. The con
Sheriff Presley's mother, the
was filed with the PSOB office

As there was not a delay on the pa
case, the claim is considered closed
of Federal Regulations.

Larry Magdovich - attorney
(662) 690-8166
Phelps-Dunbar

Please call regarding Presley, appeal of 01-192 file not being allowed to file because only eligible beneficiary passed away.

31

# PSOB FILE NOTES

| DATE | * TYPE | COMMENTS |
|---|---|---|
| 10/23/02 | TC | Mr Larry Magdovich attorney for the estate returned my call. I explained the reason I called was to advise him that the current case 01-192 was closed and that an appeal could not be filed. I advised him that a family member could initiate a claim. That case could be processed and if it was denied then the family could appeal the action. He wasn't satisfied with that option. He indicated he presents the estate not the daughter. He then asked for OGC telephone number. I explained to him OGC may or may not take the call because we are the program office on the program. His position remains the same - he indicates that the statute nor regulations to do prevent the estate from receiving the payment. [illegible] |

*

EM = EMAIL IP = IN PERSON VM = VOICE MAIL

F = FAX M = MAIL

HC = HAND CARRY TC = TELEPHONE CONTACT

32

**From:** Loretta Behm
**To:** FrankMP2@aol.com
**Date:** 2/17/04 12:51PM
**Subject:** Re: Your Assistance Re #2001-192

Hi Frank,
I am responding to your e-mail to Mr. Guerriere. You can go on the web site and look up the processing of a death claim, at www.ojp.usdoj.gov/bja.

Because Mrs. Roberts passed away before an award could be made, Eric referred to the regulations 42 USC 3796 (a) which states who will be the recipients of the PSOB award.

28 C.F.R. 32.22 (g) express the purpose of the program is to provide a measure of economic security for the survivng beneficiaries. Awarding money to the estate of Mrs. Roberts would not provide benefits to Mrs. Roberts herself.

Hoffman v. City of Warwick, 909 F.2d 608, 616 (1st Cir. 1990) ("Noncontractual employee benefits that a recipient has not yet received, but has a mere expectation of receiving, are not property....").

Of course you will need to discuss all of this with your OGC advisor.
Hope this helps.
Loretta

>>> <FrankMP2@aol.com> 02/17/04 10:31AM >>>
Michael, greetings to you. I have been assigned to hear a PSOB appeal that involves an administrative decision to close the subject case without the issuance of a formal claim determination finding. Mr. Eric Martin of your staff handled the case. The file does not include any information that cites the statutory basis or regulations used in making that decision.

A letter to Senator Trent Lott from you notes that because the claimant's mother "died before a PSOB claim was awarded, she never obtained a vested right to a benefit that could pass to her estate for collection." The legal basis for that decision (including citations) is what I am requesting.

Also, I will also writing to ask for additional information so that I will have a better understanding of how PSOB claims are processed within your office. Any written guidance that your staff use in processing death benefits claims would be extremely helpful in my work on this case.

Thank you in advance for your assistance in this matter and give me a call should you have any questions or comments. Frank

FM Porpotage II
Independent Hearing Officer
703/323-5067

703/901-0129

**CC:** Guerriere, Michael

33

U.S. Department of Justice

Office of Justice Programs

*Bureau of Justice Assistance*

*Washington, D.C. 20531*

The Honorable Trent Lott
United States Senator
245 East Capitol Street
Suite 226
Jackson, MS 39201

Dear Senator Lott:

Thank you for your letter to the Assistant Attorney General for the Office of Legislative Affairs on behalf of Ms. Eva White concerning a claim for benefits filed under the Public Safety Officers' Benefits (PSOB) Act following the death of her brother, Lee County, Mississippi Sheriff Harold Ray Presley. Your letter was forwarded for reply to Bureau of Justice Assistance (BJA), which administers the PSOB program.

The PSOB Act provides an economic benefit for specified survivors of public safety officers killed in the line of duty. The purpose of the benefit is to aid the individuals most likely to have depended on the deceased officer's income for support. Eligible beneficiaries must be alive to receive an award and have no vested right to the benefits until after an award has been made. Because Sheriff's Presley's mother, Mary Christine Roberts, died before a PSOB claim was awarded, she never obtained a vested right to a benefit that could pass to her estate for collection.

BJA received and evaluated a PSOB claim from Patrick Ray Presley, Sheriff Presley's son, listing Patrick Presley and his two adult siblings as beneficiaries. BJA determined that none of the children qualified for benefits. There was no indication that any of them were incapable of self-support because of physical or mental disability. In addition, both sons were over the age of 22 when their father was killed, and the sheriff's daughter, who was 22 at the time of her father's death, was not enrolled as a full-time student.

We regret we could not offer more encouraging news for the Presley family. Please extend our condolences to them for the loss of Sheriff Harold Ray Presley and our deep appreciation for the courage and commitment he showed in service to his community.

Sincerely,

Michael Guerriere, Chief
Payments and Benefits Division