# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: April 28, 2006)

****************************************************
EVA WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
****************************************************

## ORDER

The Court held a status conference in the above-captioned case on April 28, 2006. This Order confirms the matters decided at that conference.

On March 31, the parties filed a Stipulated Motion for Leave to Supplement the Administrative Record. After consideration, the Court agrees that the documents should be included in the Administrative Record. **The Stipulated Motion is GRANTED.** The parties will agree on a literal interpretation of any handwritten documents on which they rely in their briefs.

The parties intend to proceed by Cross Motions for Judgment on the Administrative Record. They have agreed upon the following briefing schedule:

- Plaintiff will file its Motion for Judgment on the Administrative Record no later than **June 12, 2006**.

- Defendant will file its Cross Motion for Judgment on the Administrative Record and Opposition to Plaintiff's Motion no later than **July 27, 2006**.

- Plaintiff will file its Opposition to Defendant's Cross Motion and Reply to Defendant's Opposition no later than **August 28, 2006**.

- Defendant will file its Reply to Plaintiff's Opposition no later than **September 12, 2006**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge