**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**EVA P.WHITE, AS ADMIINISTRATRIX OF THE ESTATE OF CHRISTINE H. ROBERTS** — **PLAINTIFF**

**VS.** — **NO. 1:2005cv1236C**
**(Judge Baskir)**
**(cc: Judge Horn)**

**THE UNITED STATES OF AMERICA** — **DEFENDANT**

## PLAINTIFF'S STATEMENT OF FACTS

**COMES NOW,** Plaintiff, Eva P. White, as Administratrix of the Estate of Christine H. Roberts, pursuant to Rule 56.1(b)(2) of the Rules of the United States Court of Federal Claims, and submits the following Statement of Facts:

1. On July 6, 2001, around midnight, the Lee County Sheriff's Department was conducting a roadblock checkpoint, and a vehicle turned around to avoid the roadblock. A.R. 18, 31.

2. A Lee County Sheriff's deputy then made a traffic stop on the suspect vehicle at which time the driver, Billy Stone, fired a gun at the deputy. A.R. 18, 31.

3. The Sheriff's Department gave chase, with Sheriff Presley directly behind the suspect's vehicle. A. R. 18, 31.

4. Mr. Stone eventually crashed the vehicle and fled into some surrounding woods. A. R. 18, 31.

5. At approximately 4:15 a.m. on July 6, 2001, Sheriff Presley, Deputy Jack Tate, and a homeowner entered a shop building behind the homeowner's residence. A. R. 18, 31.

6. Mr. Stone was hiding inside the building and began shooting at the Sheriff, Deputy Tate, and the homeowner. A. R. 18, 31.

7. The homeowner was wounded, and Mr. Stone was shot once and later died at the scene.

8. Sheriff Presley received a total of six (6) gunshot wounds in an exchange of gunfire with Mr. Stone and was airlifted to North Mississippi Medical Center, where he was pronounced dead at 5:31 a.m. on July 6, 2001. A.R. 18, 31.

9. At the time of his death, Sheriff Presley was survived by his mother, Christine Roberts, his three children, and several siblings, including Eva P. White, who is now serving as Administratrix of his mother's estate. A.R. 1-2, 10.

10. On July 16, 2001, Janet Burroughs, an employee of the Lee County Sheriff's Department, completed the PSOB death benefits questionnaire and submitted the document to the Bureau of Justice Assistance. A.R. 1-3.

11. On that questionnaire, Ms. Burroughs noted that Sheriff Presley had three (3) surviving children: Patrick Ray Presley, age 29; Bradford E. Presley, age 27; and Jada Hardin Presley, age 22. A.R. 1, 2.

12. Ms. Burroughs also indicated that Sheriff Presley's mother, Christine H. Roberts, survived him. A.R. 2.

13. On July 19, 2001, the PSOB office forwarded a letter to Ms. Burroughs providing instructions on how to process the claim for benefits. A.R. 4, 5.

14. On September 7, 2001, Christine H. Roberts, Sheriff Presley's mother, passed away.

15. In a letter dated October 12, 2001, Eric Martin, Benefits Specialist with the PSOB office, stated that the only eligible beneficiary out of Sheriff Presley's children was Jada Presley, but only if she were enrolled in an educational program when her father died. A.R. 8, 9.

16. Because Miss Presley was not enrolled in school at the time of her father's death, Mr. Martin noted that the only other eligible beneficiary was Christine Roberts, Sheriff Presley's surviving parent at the time of his death. A.R. 8, 9.

17. Mr. Martin's letter went on to state, however, that the PSOB office had recently learned of Mrs. Roberts' death and that unless Jada Presley had been enrolled in school, there were no eligible beneficiaries and the claim would be closed. A.R. 8, 9.

18. In December 2002, the PSOB office issued a PSOB claim determination denying death benefits to Mrs. Roberts. A.R. 31-33.

19. On March 18, 2004, a PSOB hearing officer affirmed that death benefit denial. A.R. 141-146.

20. On February 17, 2005, the Director of the Bureau of Justice Assistance released a final agency decision which also affirmed the findings of the PSOB office and the PSOB hearing officer. A.R. 154-161.

21. That final agency decision was not forwarded to the Plaintiff until August 2005, however, as it was subject to final review by the director.

22. It is from that final agency decision that Plaintiff appeals.

Respectfully submitted, this 12th day of June, 2006.

By: *[/s/ William M. Beasley]{.underline}*
William M. Beasley
PHELPS DUNBAR, LLP
Seventh Floor
One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Telephone: (662) 842-7907
Facsimile: (662) 842-3873

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, William M. Beasley, one of the attorneys for Defendant, do hereby certify that I have this date electronically filed the above and foregoing with the Clerk of the Court, utilizing the ECF system which sent notification of such filing to the following:

Allison Kidd-Miller
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street
Washington, DC 20530

This, the 12th day of June, 2006.

*William M. Beasley*
William M. Beasley