# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: June 14, 2006)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

The Court is in receipt of the Plaintiff's Statement of Facts, filed on June 12, 2006. In accord with the Court's Special Procedures Order filed in this case on December 8, 2005, parties are directed to file a Consolidated Statement of Uncontroverted Facts in lieu of individual findings of fact.

**The Clerk of the Court is directed to strike from the record the Plaintiff's Statement of Facts, Docket No. 22.**

**Parties shall file a Consolidated Statement of Uncontroverted Facts no later than September 22, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge