IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD

Pursuant to Rule 52.1(b)[1] of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests that the Court grant defendant's cross-motion and deny plaintiff's motion for judgment upon the administrative record. In support of this motion, defendant relies upon the complaint, the following brief, the administrative record, and the consolidated statement of uncontroverted facts to be filed by the defendant at the close of briefing.

---

[1] On June 20, 2006, new Rule 52.1 replaced Rule 56.1. Notice of Adoption of Amendments to Rules, June 20, 2006. The new rule is applicable to pending proceedings "except to the extent that in the opinion of the [C]ourt [its] application . . . would not be feasible. . . ." RCFC 86.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Patricia M. McCarthy for
Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

Of Counsel:
JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-3050
Fax: (202) 307-0972

July 27, 2006

Attorneys for Defendant