# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: September 25, 2006)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

This Order confirms **Oral Argument** is scheduled in this matter for **2:00 p.m., on Thursday, November 16, 2006**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005.

Counsel for the Plaintiff may participate by phone. **Please advise the Court's Judicial Assistant, Denise Lawson of your preference, forthwith, at telephone (202) 357-6500.** Counsel for the United States will be appearing in person.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge