IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | No. 05-1236C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

In accordance with the Court's December 20, 2006, Opinion, defendant respectfully submits the following status report:

On December 20, 2006, the Court "remand[ed] this matter for further administrative steps necessary to complete the processing of Ms. Roberts' claim." The Court retained jurisdiction over the case, and ordered that the defendant file a status report indicating the progress of the remand no later than February 20, 2007.

Although the Bureau of Justice Assistance ("the Bureau") respectfully disagrees with the Court's determination that Christine Roberts fulfilled the administrative requirements for the initial filing of a claim for benefits, the Bureau has taken the administrative steps necessary to complete the processing of Ms. Roberts' claim. On December 27, 2006, the Bureau

received an original copy of Harold Ray Presley's birth certificate from plaintiff. The Bureau has reviewed the birth certificate, and has determined that Christine Roberts was the mother of Sheriff Harold Ray Presley. The Bureau also has reviewed its file in this matter and reports that there is no further evidence or documentation that is needed. Pursuant to the Court's direction, therefore, the defendant states that there are no other administrative steps necessary to complete the processing of Ms. Roberts' claim.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

Of Counsel:

RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

January 7, 2007

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-3050
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of January, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller