# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 9, 2007)

****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The Court intends to hold a telephonic Status Conference (on the record) to determine what further proceedings are necessary in this case. Accordingly, it is ORDERED that the parties agree upon three proposed dates between March 19 and April 6 and **notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than March 16, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge