# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 15, 2007)

****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

This Order confirms the **telephonic Status Conference on the record scheduled for 2:00 p.m., on Monday, March 26, 2007. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 357-6504**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge