IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF CORRECTION**

Defendant, the United States, respectfully submits the following notice of correction regarding a statement made in the reply brief filed by the United States on September 12, 2006, and by counsel for the United States during oral argument held on November 16, 2006.

Both in our reply brief and at oral argument, we represented that this case presents a question of first impression both for the Bureau of Justice Assistance ("BJA") and the Court. Def. Reply Br. at 8-9; see Op. at 12 (citing Tr. 51:22, 57:20). It subsequently was brought to the attention of counsel for the United States that, in 1995, BJA rendered a Public Safety Officers' Benefits ("PSOB") Act Claim Determination denying a claim by a deceased spouse's estate for an award pursuant to the PSOB Act. Att. A.

Thus, while this case appears to present a question of first impression for the Court, the question involved previously was addressed by BJA.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-3050
Fax: (202) 307-0972

Attorneys for Defendant

Of Counsel:

RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

March 22, 2007

CERTIFICATE OF FILING

I hereby certify that on this 22nd day of March, 2007, a copy of the foregoing "Defendant's Notice of Correction" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller