# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: March 26, 2007)

| | |
|---|---|
| EVA WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court held a status conference in the above-captioned case on March 26, 2007. This Order confirms the matters decided in that conference.

In an Opinion dated December 20, 2006, the Court found that Ms. Roberts had filed a claim for benefits and that her estate was eligible to receive benefits. At the Government's request, we remanded the case to the BJA "to complete the administrative steps necessary for the processing and satisfaction of Ms. Roberts' claim." In a status report dated January 7, 2007, the Government reported that the BJA had received all necessary documentation and taken all necessary administrative steps to complete the processing of the Plaintiff's claim. Nevertheless, it has come the Court's attention that no benefits have yet been paid to the estate of Ms. Roberts.

In the status conference, both Parties indicated that they are awaiting a final order from this Court. The Government stated that payment of benefits awaited only the entry of judgment from this Court. Counsel for the Plaintiff also requested the issuance of a final order, to allow a motion to recover attorney's fees.

**The Parties agreed to submit a joint motion for entry of judgment no later than March 30, 2007. The Parties shall attach to the motion a proposed Order containing whatever language is necessary to accomplish the resolution of this case and the actual payment of benefits to Ms. Roberts' estate.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge