IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

In accordance with the Court's order of March 26, 2007, plaintiff, Eva P. White, and defendant, the United States, respectfully submit this motion for entry of judgment. Following the Court's ruling upon the parties' cross motions for judgment upon the administrative record, 74 Fed. Cl. 769 (2006), and there being no further factual determinations to be made by the Bureau of Justice Assistance, the parties agree that this matter is ripe for final judgment. Accordingly, and without defendant consenting to, or waiving any rights to pursue further review of, the Court's decision in this case, the parties respectfully request that the Court enter judgment awarding plaintiff $250,000 in accordance with Pub. L. No. 107-56, § 613(a) and (b) (Oct. 26, 2001) and 42 U.S.C.A. § 3796(i), there being no adjustment due pursuant to 42 U.S.C.A. § 3796(h).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/William M. Beasley
(rmp, with permission)
WILLIAM M. BEASLEY
Phelps Dunbar, LLP
Seventh Floor
One Mississippi Plaza
201 South Spring Street
Post Office Box 1220
Tupelo, MS 38802-1220
Tel: (662) 842-7907
Fax: (662) 842-3873

Attorney for Plaintiff

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 307-3050
Fax: (202) 307-0972

Of Counsel:
RAFAEL MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

Attorneys for Defendant

March 30, 2007

CERTIFICATE OF FILING

I hereby certify that on this 30th day of March, 2007, a copy of the foregoing "Joint Motion For Entry Of Judgment" and "Order" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller