IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of the parties' Joint Motion For Entry Of Judgment, IT IS ORDERED THAT:

the motion is granted, and the Clerk of the Court is directed to enter a Final Judgment for Plaintiff in the amount of $250,000.00.

FOR THE COURT:

DATED: _____________

___________________
Washington, D.C.

cc: William M. Beasley, Esq.
Counsel for Eva P. White

Allison Kidd-Miller, Esq.
Counsel for the United States