# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: April 2, 2007)

*****************************************************
EVA WHITE, as Administratrix of the *
Estate of CHRISTINE H. ROBERTS, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ENTRY OF JUDGMENT ORDER

Upon review of the parties' Joint Motion for Entry of Judgment filed on March 30, 2007, the Clerk of the Court is directed to enter a Final Judgment for Plaintiff in the amount of $250,000.00.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge