# In the United States Court of Federal Claims

**No. 05-1236 C**

**EVA WHITE, AS ADMINISTRATRIX OF THE ESTATE OF CHRISTINE H. ROBERTS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Joint Motion for Entry of Judgment filed March 30, 2007, and the court's April 2, 2007 Entry of Judgment Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $250,000.00.

Brian Bishop
Clerk of Court

**April 2, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.