**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**EVA P.WHITE, AS ADMIINISTRATRIX OF THE ESTATE OF CHRISTINE H. ROBERTS** — **PLAINTIFF**

**VS.** — **NO. 1:2005cv1236C (Judge Baskir)**

**THE UNITED STATES OF AMERICA** — **DEFENDANT**

**AFFIDAVIT OF EVA P. WHITE**

STATE OF MISSISSIPPI

COUNTY OF Rankin

Eva P. White, being first duly sworn, deposes and says as follows:

1. My name is Eva P. White. I am an adult resident citizen of the State of Mississippi.

2. The allegations set forth in the above Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412 are true and accurate to the best of my knowledge.

3. At the time of filing for survivor benefits on behalf of the Estate of Christine H. Roberts under the PUBLIC SAFETY OFFICERS' BENEFITS ACT and instituting the above-numbered action, my personal net worth was less than $2,000,000. At no time before or thereafter has my net worth exceeded $2,000,000.

4. At the time of filing for survivor benefits under the PUBLIC SAFETY OFFICERS' BENEFITS ACT and instituting the above-numbered action, my mother's net worth was less than $2,000,000. At no time before or thereafter has her net worth or the net worth of her estate exceeded $2,000,000.

EXHIBIT
A

AND FURTHER, AFFIANT SAITH NOT.

Eva P. White

Eva P. White, Affiant

SWORN TO AND SUBSCRIBED BEFORE ME, this the 13th day of April, 2007.

Sharon Neal Bray

NOTARY PUBLIC

My Commission Expires:
(SEAL)

SHARON NEAL BRAY, RANKIN COUNTY, MS
NOTARY PUBLIC
My Commission Expires
March 17, 2008