**Final Invoice as of**
**April 27, 2007**

Estate of Mary Christine Roberts
c/o Ms. Eva P. White
1152 Noblin Bridge Rd.
Pelahatchie, MS 39145

| Atty | Date | Hours | Billed Value | Description of Services Rendered | Index |
|---|---|---|---|---|---|
| RMP | 09/01/04 | 1.25 | 156.25 | Begin research regarding appeal | 6592226 |
| RMP | 09/02/04 | 1.50 | 187.50 | Telephone conferences with Ms. White; telephone conferences with Mr. Larry Presley; continue research regarding appeal | 6597332 |
| RMP | 09/03/04 | 1.00 | 125.00 | Continue preparation of appeal | 6597349 |
| RMP | 09/13/04 | .50 | 62.50 | Continue work on appeal | 6608367 |
| RMP | 09/14/04 | 3.50 | 437.50 | Research regarding appeal procedure | 6608453 |
| RMP | 09/15/04 | 2.25 | 281.25 | Continue work on appeal | 6612310 |
| RMP | 09/16/04 | .50 | 62.50 | Conference with Ms. Watson regarding appeal | 6613033 |
| RMP | 09/17/04 | 1.50 | 187.50 | Telephone conference with clerk at U. S. Court of Federal Claims; continue preparation for appeal | 6618674 |
| RMP | 09/20/04 | .75 | 93.75 | Telephone conferences with Ms. Neal; conference regarding status of appeal | 6618720 |
| RMP | 09/21/04 | 2.75 | 343.75 | Telephone conferences with Mr. Martin; correspondence to all heirs of Mrs. Christine Roberts; telephone conference with Ms. White; continue preparation of appeal | 6620785 |
| RMP | 09/22/04 | 1.50 | 187.50 | Telephone conferences with U. S. Court of Federal Claims; continue preparation of appeal | 6626146 |
| BT | 09/27/04 | .50 | 62.50 | Correspondence to Ms. Presley | 6631756 |
| RMP | 09/27/04 | .25 | 31.25 | Correspondence to Ms. Charlene Presley regarding addresses for Jada and Brad Presley | 6635168 |
| RMP | 10/04/04 | .75 | 93.75 | Receive and review correspondence from Ms. Presley; correspondence to Mr. Brad Presley; correspondence to | 6651694 |

EXHIBIT B

TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Ms. Hardin | |
| RMP | 10/29/04 | .75 | 93.75 | Telephone conferences with Ms. Neal | 6720567 |
| RMP | 11/01/04 | .25 | 31.25 | Telephone conferences with Ms. Neal | 6730912 |
| RMP | 11/02/04 | .25 | 31.25 | Telephone conferences with Ms. Neal | 6730912 |
| RMP | 11/03/04 | .75 | 93.75 | Conference regarding appeal; telephone conference with Ms. Neal | 6730943 |
| RMP | 11/05/04 | .50 | 62.50 | Telephone conferences with Ms. Neal | 6743259 |
| RMP | 11/08/04 | .75 | 93.75 | Telephone conference with Ms. Janke; receive and review correspondence from Ms. Janke | 6741147 |
| RMP | 11/09/04 | 1.75 | 218.75 | Telephone conference with Ms. Janke; review file regarding presentation of additional evidence; correspondence to all heirs of Ms. Roberts | 6743293 |
| RMP | 11/15/04 | .25 | 31.25 | Correspondence to Charlene Presley regarding address for Jada Presley | 6764402 |
| RMP | 03/07/05 | .50 | 62.50 | Receive and review correspondence from Ms. Janke; telephone conference with Ms. Janke | 7003299 |
| RMP | 03/22/05 | .50 | 62.50 | Correspondence to Director Herraiz | 7035715 |
| RMP | 04/06/05 | .50 | 62.50 | Review file regarding response to appeal from Director Herraiz | 7100737 |
| RMP | 07/07/05 | .25 | 31.25 | Correspondence to Director Herraiz | 7072139 |
| RMP | 04/20/05 | .50 | 62.50 | Conference regarding timing for receipt of Director Herraiz's ruling on appeal | 7106975 |
| RMP | 04/27/05 | .25 | 31.25 | Correspondence to Director Herraiz | 7128179 |
| RMP | 07/11/05 | .25 | 31.25 | Correspondence to Director Herraiz | 7369765 |
| RMP | 07/21/05 | .25 | 31.25 | Correspondence to Director Herraiz | 7403998 |
| RMP | 08/05/05 | .50 | 62.50 | Telephone conference with Ms. Epps regarding appeal to Director Herraiz | 7424315 |
| RMP | 08/26/05 | 1.50 | 187.50 | Receive and review correspondence and opinion from Director Herraiz; correspondence to all heirs | 7482153 |
| RMP | 08/28/05 | .50 | 62.50 | Review file regarding procedure for appeal to Federal Court of Claims | 7482158 |
| RMP | 08/29/05 | .75 | 93.75 | Telephone conferences with Director Herraiz's office; correspondence to Ms. White; correspondence to Mr. Larry | 7482165 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Presley | |
| ADT | 09/28/05 | .75 | 93.75 | Retrieve case law from Westlaw | 7509109 |
| ADT | 09/28/05 | 1.50 | 187.50 | Research and telephone conference with Court of Federal Claims in Washington, DC, regarding process for filing appeal | 7509110 |
| RMP | 09/28/05 | 3.75 | 468.75 | Telephone conference with clerk of Court of Federal Claims; telephone conference with Mr. Pujol; receive and review correspondence from Mr. Pujol; complete filing cover sheet; research regarding statute of limitations issues; research regarding reversal of findings by Public Safety Officers Benefits director | 7509145 |
| RMP | 09/29/05 | 1.25 | 156.25 | Begin preparation of Complaint | 7511583 |
| RMP | 09/30/05 | .75 | 93.75 | Draft memorandum to file regarding requirements for filing Complaint in Court of Federal Claims | 7516816 |
| RMP | 10/03/05 | 1.25 | 156.25 | Research regarding venue; make final revisions to Complaint | 7531626 |
| RMP | 10/04/05 | .75 | 93.75 | Conference with Ms. Thornton regarding exhibits for complaint | 7531650 |
| BT | 10/06/05 | 1.00 | 125.00 | Prepare exhibits for complaint | 7546313 |
| WMB | 10/10/05 | .75 | 93.75 | Preparing complaint for benefits in Federal Court of Claims | 7546261 |
| WMB | 10/13/05 | .75 | 93.75 | Edit and revise complaint | 7546290 |
| RMP | 10/13/05 | 1.25 | 156.25 | Conference regarding filing of Complaint and status of Estate; begin revising Complaint | 7555614 |
| RMP | 10/17/05 | .50 | 62.50 | Revise Complaint | 7550983 |
| BT | 10/19/05 | .75 | 93.75 | Telephone Chancery Court re: status of estate file; conference with Rachel; obtain estate file from court | 7581720 |
| BT | 10/20/05 | .25 | 31.25 | Review estate file of Ms. Roberts | 7585318 |
| RMP | 10/28/05 | .50 | 62.50 | Draft affidavit of Ms. White; make final revisions to Complaint | 7596434 |
| WMB | 11/03/05 | .50 | 62.50 | Study and review of Complaint | 7626321 |
| RMP | 11/06/05 | .50 | 62.50 | Revise Complaint; correspondence to Ms. White | 7609392 |
| RMP | 11/16/05 | 1.00 | 125.00 | Correspondence to Ms. White; review file regarding filing | 7635996 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | of Complaint; conference with B. Thornton regarding filing of Complaint | |
| BT | 11/16/05 | 1.00 | 125.00 | Preparation of complaint for filing; telephone conference with clerk at Court of Federal Claims; preparation of letter; conference with Rachel Pierce | 7642883 |
| BT | 11/17/05 | 2.75 | 343.75 | Telephone court; binding documents for filing; letter to Ms. White | 7646155 |
| RMP | 11/23/05 | .50 | 62.50 | Review file regarding date for government's Answer and computer registration of attorneys | 7687745 |
| WMB | 11/29/05 | .50 | 62.50 | Receive and review of orders | 7734982 |
| WMB | 12/07/05 | .25 | 31.25 | Receipt and review of entry of appearance | 7735015 |
| BT | 12/08/05 | .75 | 93.75 | Research rules re: time for entry of appearance | 7722524 |
| WMB | 12/21/05 | .50 | 62.50 | E-mail with court re: status conference | 7756124 |
| WMB | 12/22/05 | .25 | 31.25 | Telephone conference with court regarding status conference | 7756138 |
| RMP | 01/13/06 | 1.50 | 187.50 | Telephone conferences with Ms. Miller at Department of Justice; receive and review correspondence and Court Orders from Ms. Miller | 7775423 |
| RMP | 01/23/06 | .50 | 62.50 | Telephone conference with Ms. Miller at Department of Justice regarding Answer and Scheduling Order | 7794566 |
| RMP | 01/24/06 | .75 | 93.75 | Receive and review correspondence from Ms. Miller; telephone conference with Ms. White; correspondence to Ms. White | 7794595 |
| WMB | 01/24/06 | .25 | 31.25 | Receipt and review of letter from Ms. Miller; study and review of agreement; prepare for and attending conference with Pierce | 7815411 |
| RMP | 01/27/06 | .25 | 31.25 | Correspondence to Ms. White | 7809071 |
| RMP | 02/01/06 | .75 | 93.75 | Receive and review correspondence from Ms. White; correspondence to Ms. White; correspondence to the Court of Federal Claims regarding ADR Confidentiality Agreement | 7823678 |
| WMB | 02/02/06 | .25 | 31.25 | Executing Confidentiality Agreement | 7815676 |
| RMP | 02/03/06 | .75 | 93.75 | Telephone conference with Ms. Miller; correspondence to | 7843752 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Judge Horn; correspondence to Ms. Miller | |
| RMP | 02/06/06 | .25 | 31.25 | Telephone conference with Ms. White | 7826698 |
| RMP | 02/10/06 | .25 | 31.25 | Telephone conference with Ms. White regarding ADR agreement | 7835909 |
| RMP | 02/15/06 | .50 | 62.50 | Review file regarding submission of Agreed Confidentiality Order | 7855129 |
| RMP | 02/17/06 | .25 | 31.25 | Telephone conference with Ms. Miller regarding status conference with Judge Horn | 7855175 |
| RMP | 02/21/06 | .25 | 31.25 | Telephone conference with Ms. Miller | 7857512 |
| RMP | 02/22/06 | .75 | 93.75 | Preparation for telephone conference with Ms. Miller; conference regarding filing of record; receive and review correspondence from Ms. Miller | 7862002 |
| WMB | 02/22/06 | 2.50 | 312.50 | Preparing for and participating in ADR conference; study and review of record; prepare for and attending conference with Pierce | 7864546 |
| RMP | 02/27/06 | 1.50 | 187.50 | Receive and review Motion for Leave to Supplement Record from Ms. Miller; receive and review supplements to record from Ms. Miller | 7871108 |
| RMP | 02/28/06 | .25 | 31.25 | Telephone conference with Ms. Miller | 7874489 |
| WMB | 03/01/06 | .25 | 31.25 | Receipt and review of proposed case status report | 7874332 |
| RMP | 03/01/06 | 3.25 | 406.25 | Telephone conferences with Ms. Miller; correspondence to Ms. Miller; receive and review correspondence from Ms. Miller; review Joint Notice to Proceed; receive and review supplements to record; review file regarding additional supplemental documents for record | 7874500 |
| WMB | 03/02/06 | .50 | 62.50 | Edit and revise status report | 7874342 |
| RMP | 03/02/06 | 1.75 | 218.75 | Conference regarding Joint Status Report; telephone conferences with Ms. Miller; receive and review correspondence from Ms. Miller; correspondence to Ms. Miller | 7874514 |
| RMP | 03/03/06 | .75 | 93.75 | Receive and review correspondence from Ms. Miller; review Joint Notice to Proceed; correspondence to Ms. Miller | 7876835 |

| | | | | | |
|---|---|---|---|---|---|
| RMP | 03/06/06 | .25 | 31.25 | Correspondence to Ms. Miller | 7883757 |
| RMP | 03/07/06 | 1.50 | 187.50 | Receive and review correspondence and revised Joint Preliminary Status Report from Ms. Miller; correspondence to Ms. Miller; revise Joint Preliminary Status Report; telephone conferences with Ms. Miller | 7884989 |
| RMP | 03/0806 | 1.50 | 187.50 | Revise Joint Preliminary Status Report; telephone conferences with Ms. Miller; correspondence to Ms. Miller; receive and review correspondence from Ms. Miller | 7895634 |
| RMP | 03/09/06 | 1.75 | 218.75 | Telephone conferences with Ms. Miller; correspondence to Ms. Miller; research regarding what constitutes sufficient "filing" of claim for PSOB benefits; receive and review correspondence from Ms. Miller; conference regarding revision of issue statement for Joint Preliminary Status Report | 7895663 |
| RMP | 03/15/06 | .75 | 93.75 | Receive and review correspondence from Court regarding conference schedule; correspondence to Ms. Miller; conference regarding briefing schedule | 7906432 |
| RMP | 03/16/06 | .75 | 93.75 | Conference regarding what documentation is sufficient to constitute notice of claim of Public Safety Officers Benefits | 7909334 |
| RMP | 03/17/06 | .50 | 62.50 | Receive and review correspondence from Ms. Miller; correspondence to Ms. Miller | 7912546 |
| WMB | 03/20/06 | .25 | 31.25 | Prepare for and attending conference with Pierce | 7984597 |
| RMP | 03/27/06 | 1.00 | 125.00 | Receive and review correspondence from Ms. Miller; correspondence to Ms. Miller; telephone conferences with Ms. Lawson, court administrator | 7931418 |
| RMP | 03/27/06 | .50 | 62.50 | Review file regarding status of conference with court | 7931436 |
| RMP | 03/29/06 | .50 | 62.50 | Telephone conferences with Ms. Miller | 7942312 |
| RMP | 03/30/06 | 1.25 | 156.25 | Receive and review stipulated motion for leave to supplement record and supplemental documents; receive and review correspondence from Ms. Miller; correspondence to Ms. Miller | 7946593 |
| RMP | 03/31/06 | 1.00 | 125.00 | Receive and review correspondence and Motion from Ms. | 7946621 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Miller; correspondence to Ms. Miller | |
| RMP | 04/03/06 | .25 | 31.25 | Receive and review correspondence from Ms. Miller | 7987152 |
| AL | 04/13/06 | .50 | 62.50 | Began researching and analyzing what suffices to constitute a filing for Public Safety Officer Benefits | 7984788 |
| RMP | 04/28/06 | .50 | 62.50 | Telephone status conference with court and Ms. Kidd-Miller | 8006412 |
| AL | 05/01/06 | 2.50 | 312.50 | Continue researching and analyzing law to determine whether subject questionnaire constitutes "other written statement" sufficient to satisfy a claim under the Public Safety Officers' Act | 8034688 |
| RMP | 05/23/06 | 2.75 | 343.75 | Review administrative record regarding preparation of brief | 8104634 |
| AL | 06/01/06 | .25 | 31.25 | Conference with R. Pierce regarding preparation of brief pertaining to PSOB and appealing denial thereof | 8102861 |
| AL | 06/02/06 | 1.25 | 156.25 | Conference with R. Pierce regarding brief; researching to find an example of a brief regarding PSOB; phone calls to Timothy Pugol regarding the Hillensbeck case; phone call to Joseph Lawder regarding the Labare case; correspondence to Joseph Lawder; receive and responded to correspondence from Joseph Lawder | 8102864 |
| AL | 06/05/06 | .25 | 31.25 | Received and reviewed follow-up correspondence and attached sample brief from Joseph Lawder | 8105394 |
| RMP | 06/06/06 | 3.75 | 468.75 | Receive and review correspondence and brief from Mr. Lawder; begin preparation of Motion for Judgment on the Record | 8102232 |
| BT | 06/06/06 | .50 | 62.50 | Review file re: record; telephone conference with clerk | 8104057 |
| RMP | 06/07/06 | 7.50 | 937.50 | Preparation of brief; correspondence to Ms. Miller; receive and review correspondence from Ms. Miller | 8100100 |
| BT | 06/07/06 | .75 | 93.75 | Obtain record for use in brief | 8104068 |
| RMP | 06/06/06 | 8.75 | 1,093.75 | Research regarding property interests in Public Safety Officers' Benefits; preparation of brief for submission to Court of Federal Claims | 8102235 |
| BT | 06/08/06 | .75 | 93.75 | Review documents; telephone Court of Federal Claims re: | 8106482 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | electronic filing | |
| RMP | 06/09/06 | 4.50 | 562.50 | Continue preparation of brief in support of Motion for Judgment on Administrative Record | 8108087 |
| BT | 06/09/06 | 1.75 | 218.75 | Review rules re: filing of briefs | 8110190 |
| WMB | 06/09/06 | .50 | 62.50 | Study and review of brief | 8145593 |
| RMP | 06/12/06 | 5.00 | 625.00 | Complete drafting brief in support of motion for judgment on the record; revise statement of facts; correspondence to Ms. Miller; correspondence to court clerk | 8108096 |
| BT | 06/12/06 | 2.50 | 312.50 | Telephone court re: electronic filing number; preparation of statement of facts; preparation of documents for brief | 8116154 |
| WMB | 06/12/06 | 1.50 | 187.50 | Edit and revise brief | 8145607 |
| RMP | 06/13/06 | .50 | 62.50 | Receive and review correspondence from court clerk regarding filing of brief | 8113679 |
| RMP | 06/14/06 | .25 | 31.25 | Correspondence to Ms. White regarding filing of Motion for Judgment on the Administrative Record | 8116511 |
| WMB | 06/14/06 | .25 | 31.25 | Receipt and review of responses from court | 8145630 |
| RMP | 06/16/06 | .75 | 93.75 | Receive and review correspondence from Ms. Miller; correspondence to Ms. Miller | 8157791 |
| RMP | 06/19/06 | .75 | 93.75 | Review file regarding briefing schedule and timing of judge's ruling | 8157803 |
| RMP | 06/23/06 | .50 | 62.50 | Conference regarding supplement to undisputed factual background section of brief | 8157826 |
| RMP | 07/30/06 | .50 | 62.50 | Review file regarding receipt of opposing counsel's brief | 8219599 |
| RMP | 07/31/06 | 1.75 | 218.75 | Receive and review correspondence and brief from Ms. Miller; correspondence to Ms. White | 8223123 |
| BT | 08/09/06 | .25 | 31.25 | Conference with Rachel re: deadlines for filings | 8252797 |
| RMP | 08/25/6 | 2.50 | 312.50 | Draft memorandum brief in response to defendant's cross-motion for judgment on the administrative record; conference regarding brief | 8273926 |
| RMP | 08/27/06 | 3.50 | 437.50 | Continue work on memorandum brief in response to defendant's cross-motion for judgment on the administrative record | 8273933 |
| RMP | 08/28/06 | 4.75 | 593.75 | Complete drafting memorandum brief in response to | 8279567 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | Defendant's Cross-Motion for Judgment on the Administrative Record; correspondence to Ms. White | |
| BT | 08/28/06 | .50 | 62.50 | Review file; telephone US Court of Federal Claims; review password and filing information | 8284795 |
| WMB | 08/28/06 | 1.50 | 187.50 | Preparing brief | 8287760 |
| RMP | 08/31/06 | 2.50 | 312.50 | Draft consolidated statement of uncontroverted facts; correspondence to Ms. Kidd-Miller; receive and review correspondence from Ms. Kidd-Miller | 8285337 |
| RMP | 09/01/06 | 1.00 | 125.00 | Revise consolidated statement of uncontroverted facts; correspondence to Ms. Kidd-Miller | 8293176 |
| RMP | 09/08/06 | .50 | 62.50 | Correspondence to Ms. Miller regarding appeal | 8305187 |
| RMP | 09/10/06 | .50 | 62.50 | Receive and review correspondence from Ms. Kidd-Miller regarding uncontroverted statement of facts | 8305189 |
| RMP | 09/11/06 | .50 | 62.50 | Correspondence to Ms.Kidd-Miller regarding filing of brief | 8307986 |
| RMP | 09/12/06 | 1.00 | 125.00 | Receive and review Defendant's Reply in Support of Cross-Motion for Summary Judgment | 8311573 |
| RMP | 09/13/06 | .75 | 93.75 | Receive and review correspondence from Ms. Kidd-Miller; correspondence to Ms. Miller; receive and review final version of Statement of Facts from Ms. Kidd-Miller | 8317442 |
| RMP | 09/14/06 | 1.25 | 156.25 | Telephone conferences with Ms. Kidd-Miller regarding statement of uncontroverted facts; correspondence to Ms. White | 8317454 |
| RMP | 09/15/06 | 1.00 | 125.00 | Receive and review correspondence and revised version of consolidated statement of facts from Ms. Kidd-Miller; correspondence to Ms. Kidd-Miller regarding same | 8317466 |
| RMP | 09/18/06 | .75 | 93.75 | Receive and review correspondence from Judge Baskir regarding oral argument; correspondence to Ms. Kidd-Miller; receive and review correspondence from Ms. Kidd-Miller | 8334120 |
| RMP | 09/22/06 | 1.00 | 125.00 | Receive and review correspondence from Ms. Kidd-Miller; correspondence to Ms. Kidd-Miller; telephone conferences with Ms. Kidd-Miller | 8330918 |

| | | | | | |
|---|---|---|---|---|---|
| BT | 09/22/06 | .75 | 93.75 | Review dates for oral argument; research admission requirements for Court of Federal Claims | 8335691 |
| RMP | 09/26/06 | .50 | 62.50 | Conference regarding appeal; correspondence clerk regarding oral argument | 8337095 |
| BT | 09/27/06 | 1.00 | 125.00 | Telephone Supreme Court Clerk re: certificate of good standing | 8344902 |
| RMP | 09/27/06 | 1.25 | 156.25 | Correspondence to clerk; correspondence to Ms. Kidd-Miller; conference regarding admission to Court of Federal Claims; correspondence to Ms. White | 8345557 |
| RMP | 10/02/06 | .50 | 62.50 | Receive and review certificate of good standing; conference regarding admission | 8352162 |
| RMP | 10/04/06 | .50 | 62.50 | Correspondence to court clerk regarding admission and oral argument | 8356878 |
| BT | 10/04/06 | .50 | 62.50 | Finalize documents for admission to Court of Federal Claims | 8388244 |
| RMP | 10/13/06 | .50 | 62.50 | Receive and review correspondence from Court of Federal Claims; correspondence to Court of Federal Claims | 8396100 |
| BT | 10/17/06 | .50 | 62.50 | Review memo; correspondence to Court of Federal Claims | 8413234 |
| RMP | 10/19/06 | .50 | 62.50 | Correspondence to clerk regarding oral argument | 8410963 |
| RMP | 10/23/06 | .25 | 31.25 | Receive and review correspondence from Ms. Kidd-Miller | 8416122 |
| RMP | 10/26/06 | 1.00 | 125.00 | Preparation for oral argument | 8434050 |
| RMP | 10/30/06 | .50 | 62.50 | Preparation for oral argument | 8428561 |
| BT | 10/30/06 | 2.00 | 250.00 | Preparation of documents for oral argument | 8433373 |
| WMB | 11/01/06 | .25 | 31.25 | E-mails re: oral argument | 8450632 |
| BT | 11/02/06 | 2.75 | 343.75 | Preparation of documents for use in oral argument | 8450670 |
| BT | 11/03/06 | .75 | 93.75 | Preparation of documents for oral argument | 8453724 |
| RMP | 11/08/06 | .25 | 31.25 | Receive and review correspondence from Judge Baskir regarding oral argument | 8451111 |
| RMP | 11/13/06 | 3.50 | 437.50 | Preparation for oral argument | 8461516 |
| WMB | 11/13/06 | .25 | 31.25 | Prepare for and attending conference with Pierce | 8467124 |
| RMP | 11/14/06 | 4.75 | 593.75 | Preparation for oral argument | 8461522 |
| RMP | 11/15/06 | 14.50 | 1,812.50 | Travel to Washington, DC, for attendance at oral argument; preparation for oral argument | 8470482 |

| | | | | | |
|---|---|---|---|---|---|
| RMP | 11/16/06 | 5.50 | 687.50 | Prepare for and attend oral argument | 8470484 |
| RMP | 11/17/06 | 6.50 | 812.50 | Return travel to Tupelo, Mississippi, from Washington, DC after attending oral argument | 8470492 |
| RMP | 11/20/06 | .50 | 62.50 | Telephone conference with Ms. Kidd-Miller; telephone conference with Ms. White | 8477075 |
| BT | 12/04/06 | .50 | 62.50 | Research PSOBA cases by Joseph Lawder | 8522175 |
| RMP | 12/05/06 | 1.00 | 125.00 | Review file regarding timing for filing Judgment | 8513730 |
| RMP | 12/18/06 | 1.00 | 125.00 | Telephone conference with Ms. Kidd-Miller; receive and review correspondence from clerk regarding transcript of hearing; correspondence to clerk regarding transcript of hearing | 8531153 |
| RMP | 12/20/06 | 1.25 | 156.25 | Receive and review correspondence and opinion from Judge Baskir; telephone conference with Ms. White; correspondence to Ms. White | 8536987 |
| WMB | 12/20/06 | 1.00 | 125.00 | Study and review of opinion | 8572047 |
| RMP | 12/22/06 | .50 | 62.50 | Correspondence to Ms. Kidd-Miller regarding ruling in case and birth certificate of Sheriff Presley | 8543094 |
| RMP | 12/26/06 | .50 | 62.50 | Conference regarding payment of prejudgment interest | 8553622 |
| RMP | 01/08/07 | .50 | 62.50 | Receive and review correspondence from Ms. Kidd-Miller regarding status report of Defendants | 8569703 |
| WMB | 01/08/07 | .50 | 62.50 | Receipt and review of status report; prepare for and attending conference with Pierce | 8597315 |
| WMB | 01/09/07 | .25 | 31.25 | Prepare for and attending conference with Pierce | 8597327 |
| WMB | 01/22/07 | .50 | 62.50 | Prepare for and attending conference with Pierce | 8645833 |
| WMB | 02/01/07 | .25 | 31.25 | Study and review of opinion | 8645884 |
| RMP | 02/06/07 | .75 | 93.75 | Conference regarding distribution of Public Safety Officers Benefits funds | 8642254 |
| WMB | 02/06/07 | 1.50 | 187.50 | Telephone conference with Ms. Presley; prepare for and attending conference with Pierce; telephone conference with Jada Presley; telephone conference with Brad; telephone conference with Nickey Presley | 8645912 |
| RMP | 02/09/07 | 2.00 | 250.00 | Research regarding time and procedure for filing appeal | 8646354 |
| RMP | 02/12/07 | 1.00 | 125.00 | Telephone conferences with Ms. Kidd-Miller regarding | 8646374 |



TO.232243.1

| | | | | | |
|---|---|---|---|---|---|
| | | | | entry of final order and payment of benefits; correspondence to Mr. Lawder regarding opinion and possibility of appeal; receive and review correspondence from Mr. Lawder regarding possibility of appeal and whether order is final | |
| RMP | 02/15/07 | 1.25 | 156.25 | Research regarding status of remand order; telephone conference with Ms. Kidd-Miller | 8658599 |
| BT | 02/16/07 | .75 | 93.75 | Telephone Court of Federal Claims; preparation of letter to Court of Federal Claims re: fees; obtain check for document | 8663285 |
| WMB | 02/16/07 | .25 | 31.25 | Telephone conference with Nicky Presley | 8670092 |
| WMB | 02/23/07 | .25 | 31.25 | Telephone conference with Brad Presley | 8670128 |
| RMP | 02/23/07 | .25 | 31.25 | Receive and review correspondence from Court of Federal Claims | 8671012 |
| RMP | 03/09/07 | .75 | 93.75 | Telephone conference with Judge Baskir's law clerk regarding status conference; receive and review correspondence and Order from Judge Baskir | 8708447 |
| RMP | 03/10/07 | .50 | 62.50 | Telephone conference with Ms. White | 8710959 |
| RMP | 03/13/07 | .50 | 62.50 | Telephone conference with Ms. Kidd-Miller regarding status conference; correspondence to Ms. Kidd-Miller regarding status conference | 8720762 |
| WMB | 03/13/07 | .25 | 31.25 | Telephone conference with Ms. Pierce | 8726356 |
| RMP | 03/14/07 | .50 | 62.50 | Receive and review correspondence from Ms. Kidd-Miller; correspondence to Ms. Kidd-Miller | 8715531 |
| RMP | 03/15/07 | .25 | 31.25 | Receive and review correspondence and Order Setting Status Conference from Judge Baskir | 8718500 |
| TOTAL | | | **28,375.00** | | |

## COSTS

| Atty. | Date | Check | Disb. Amt. | Quan. | Description Of Disbursements | Index |
|---|---|---|---|---|---|---|
| RMP | 11/30/06 | 884896 | 402.61 | 1 | Air Transportation – Rachel M. Pierce Washington, DC for oral argument, | 5125606 |



TO.232243.1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Northwest Airlines, 11/15-17/06 | |
| RMP | 11/30/06 | 884896 | 485.97 | 1 | Hotel Expense – Rachel M. Pierce, Washington, DC for oral argument, Crowne Plaza Hotel, 11/15-17/07 | 5125607 |
| RMP | 11/30/06 | 884896 | 140.50 | 1 | Meals – Rachel M. Pierce Washington, DC for oral argument, breakfast/lunch/dinner, 11/15-17/06 | 5125608 |
| RMP | 11/30/06 | 884896 | 22.00 | 1 | Ground Transportation – Rachel M. Pierce Washington, DC, airport parking, 11/15-17/06 | 5125609 |
| RMP | 11/30/06 | 884896 | 106.80 | 1 | Mileage – Rachel M. Pierce Washington, DC, mileage to Memphis, 240 miles, 11/15-17/06 | 5125610 |
| RMP | 11/30/06 | 884896 | 73.00 | 1 | Ground Transportation – Rachel M. Pierce Washington, DC, taxi expense, 11/15-17/06 | 5125611 |
| 79866 | 12/18/06 | 100159 | 31.00 | 1 | Trial Transcripts – U. S. Court of Federal Claims Transcript of Proceedings | 5140832 |
| PD | | | 17.88 | 5 | Courier | |
| pschm | | | 18.00 | 2 | Court Document Copies | |
| PD | | | 38.51 | 3 | Courier | |
| WMB | | | 250.00 | 1 | Filing Fees and Court Costs | |
| RMP | | | 250.00 | 1 | Filing Fees and Court Costs | |
| pschm | | | 1.46 | 2 | Telephone – Long Distance | |
| BT | | | 30.53 | 41 | Telephone – Long Distance | |
| RMP | | | 128.06 | 167 | Telephone – Long Distance | |
| 79866 | | | 3.66 | 5 | Telephone – Long Distance | |
| 79922 | | | 3.65 | 5 | Telephone – Long Distance | |
| PD | | | 13.50 | 23 | Online Research Database Charges | |
| pschm | | | 14.00 | 56 | Photocopies Internal | |
| BT | | | 158.00 | 632 | Photocopies Internal | |
| RMP | | | 13.75 | 55 | Photocopies Internal | |
| PD | | | 308.75 | 1235 | Photocopies Internal | |
| 79690 | | | 42.25 | 169 | Photocopies Internal | |
| 79866 | | | 31.25 | 125 | Photocopies Internal | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PD | | | 62.21 | 25 | Postage | |
| bston | | | 126.78 | 72 | Westlaw Research Database Charge | |
| ADT | | | 8.72 | 5 | Westlaw Research Database Charge | |
| RMP | | | 527.38 | 270 | Westlaw Research Database Charge | |
| AL | | | 119.15 | 68 | Westlaw Research Database Charge | |
| ABW | | | 74.67 | 43 | Westlaw Research Database Charge | |
| PD | | | 138.05 | 79 | Westlaw Research Database Charge | |
| pschm | | | 45.00 | 2 | Steno Service | |
| PD | | | 10.00 | 5 | Telecopy Long Distance | |