# FORM 5
# EAJA FORM

## APPLICATION
## FOR FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT
**Title 28 U.S.C. §2412(d), Title II of Public Law 96-481, 94 STAT 2325**

| 1. COURT | 2. DATE FILED | 3. DOCKET NO. |
|---|---|---|
| United States Court of Federal Claims | November 18, 2005 | 1:2005cv1236 C |

4. NAME OF APPLICANT (One per form)
Eva P. White

5. GOVERNMENT AGENCY INVOLVED IN CLAIM (Use agency code on reverse side)
DOJ

6. NATURE OF APPLICATION

A. ☒ Original application under 28 U.S.C. §2412(d)(1)(A) after judgment in civil action against U.S.
B. ☐ Appeal of fees and expenses awarded by Lower Court (If Item 6B is checked go to Item 7.)
C. ☐ Original application under 28 U.S.C. §2412(d)(3) after review of agency decision.
D. ☐ Petition for leave to appeal an administrative agency fee determination under 5 U.S.C. §504(c)(2).

7. APPEAL FROM:

☐ DISTRICT COURT ☐ BANKRUPTCY COURT
☒ OTHER: Bureau of Justice Assistance

| 7A. DATE FILED IN LOWER COURT | 7B. DOCKET NO. |
|---|---|
| Bureau of Justice Assistance July 16, 2001 | 01-192 |

8. ADMINISTRATIVE AGENCY DOCKET NO. 2001-192

9. DATE FILED IN ADMINISTRATIVE AGENCY July 16, 2001

10. SHOWING OF "PREVAILING PARTY" STATUS (28 U.S.C. §2412(d)(1)(B)):

Is agency order, court order, or other relevant document attached? ☒ YES ☐ NO Opinion and Entry of Judgment

11. SHOWING OF ELIGIBILITY (28 U.S.C. §2412(d)(2)(B)):

Is net worth information attached? ☒ YES ☐ NO Affidavit of Eva P. White

12. ENTER ALLEGATION THAT GOVERNMENT POSITION WAS NOT SUBSTANTIALLY JUSTIFIED (28 U.S.C. §2412(d)(1)(B)):
The Government's position was not substantially justified as evidenced in Judge Baskir's Opinion.

13. FOR EACH AMOUNT CLAIMED, PLEASE ATTACH ITEMIZATION INDICATING SERVICE PROVIDED, DATE, HOURS, AND RATE (28 U.S.C. §2412(d)(2)(A)):

AMOUNT CLAIMED

| | |
|---|---|
| A. ATTORNEY FEES | $ 41,120.31 |
| B. STUDY | $ |
| C. ANALYSIS | $ |
| D. ENGINEERING REPORT | $ |
| E. TEST | $ |
| F. PROJECT | $ |
| G. EXPERT WITNESS FEES | $ |
| H. OTHER FEES AND EXPENSES - SPECIFY | |
| (1) | $ |
| (2) | $ |
| (3) | $ |
| I. TOTAL FEES AND EXPENSES | $ 41,120.31 |

| 14. SIGNATURE | 15. DATE |
|---|---|
| Rachel M. Pierce | May 2, 2007 |

NOTE: THIS FORM SHOULD ACCOMPANY YOUR CLAIM WHEN FILED WITH THE CLERK OF COURT

EXHIBIT
C