# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: April 2, 2007)

*****************************************************

EVA WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS,
*Plaintiff,*

v.

THE UNITED STATES OF AMERICA,
*Defendant.*

*****************************************************

## ENTRY OF JUDGMENT ORDER

Upon review of the parties' Joint Motion for Entry of Judgment filed on March 30, 2007, the Clerk of the Court is directed to enter a Final Judgment for Plaintiff in the amount of $250,000.00.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge

**Allyson Russell (T.O. 139)**

**From:** William "Bill" Beasley (178 T.O.)
**Sent:** Monday, April 02, 2007 4:13 PM
**To:** Allyson Russell (T.O. 139)
**Subject:** FW: Activity in Case 1:05-cv-01236-LMB WHITE v. USA Order on Motion for Miscellaneous Relief

please print

Thanks, Bill

---

**From:** uscfc_cmecf@ao.uscourts.gov [mailto:uscfc_cmecf@ao.uscourts.gov]
**Sent:** Monday, April 02, 2007 1:32 PM
**To:** uscfc_cmecf@ao.uscourts.gov
**Subject:** Activity in Case 1:05-cv-01236-LMB WHITE v. USA Order on Motion for Miscellaneous Relief

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**US Court of Federal Claims**

**United States Court of Federal Claims**

## Notice of Electronic Filing

The following transaction was entered on 4/2/2007 at 2:32 PM EDT and filed on 4/2/2007
**Case Name:** WHITE v. USA
**Case Number:** 1:05-cv-1236
**Filer:**
**Document Number:** 40

**Docket Text:**
Order in response to [39] Joint Motion for Entry of Judgment: Awarding $250,000 to the Plaintiff; ORDER directing the Clerk to dismiss the case. Signed by Judge Lawrence M. Baskir. (dcl)

**1:05-cv-1236 Notice has been electronically mailed to:**

William M. Beasley beasleyb@phelps.com, halbertm@phelps.com

Allison Kidd-Miller allison.kidd-miller@usdoj.gov, natcourts.dockets@usdoj.gov, national.courts@usdoj.gov

**1:05-cv-1236 Notice will NOT be delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1131461693 [Date=4/2/2007] [FileNumber=450823-0]

[46781b61ce1cf0cae165a0b0a13cf21e5cf3353595ccbe79d234f6d4bdccb654d9e8f
e194fb09cfb241f43c0ff29c5745e2463efda2d48b5288d5a207ab3283f]]