# In the United States Court of Federal Claims

Case No. 05-1236C
(Filed: May 24, 2007)

****************************************************

| | |
|---|---|
| EVA WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, *Plaintiff,* | * * * * |
| v. | * * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * * * |

****************************************************

## ORDER

The Plaintiff prematurely filed a Motion for Attorney Fees on May 2, 2007. On May 16, the Defendant filed an unopposed Motion to Suspend Briefing on this motion until after the period for appeals has expired. The Defendant also requested a 28-day Enlargement of Time (from the date judgment becomes final and unappealable) to respond to this motion.

**The Defendant's unopposed Motion to Suspend the Plaintiff's Motion for Attorney Fees until judgment becomes final and unappealable is hereby GRANTED.** At that time, the Government may inform the Court and renew its motion for an enlargement of time to respond to Plaintiff's motion**.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge