IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1236C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S STATUS REPORT**

Pursuant to the May 24, 2007 order of this Court, briefing on plaintiff's May 2, 2007 Motion For Attorney's Fees Pursuant to 28 U.S.C. § 2412, the Equal Access To Justice Act ("EAJA"), has been suspended until judgment becomes final and unappealable.

On May 31, 2007, we filed a notice of appeal to the United States Court of Appeals for the Federal Circuit. Thus, judgment in this matter will be final and not appealable, pursuant to the EAJA, when the time to appeal or seek further review of any judgment by the court of appeals expires; a petition for certiorari before the Supreme Court is denied; any proceeding before the Supreme Court is concluded; or the Government dismisses its appeal. See 28 U.S.C. § 2412(d)(2)(G); see also Impresa Construzioni Geom. Domenico Garufi v. United States, 73 Fed. Cl. 718, 722-23 (2006);

Youngdale & Sons Const. Co., Inc. v. United States, 31 Fed. Cl. 167, 171-72 (1994).

It is our understanding that the Court intended the present suspension of briefing on plaintiff's May 2, 2007 motion to last until all potential further judicial review of the Court's judgment is complete. Accordingly, absent any further order from the Court, we will submit another status report within 14 days of whichever of the above events occurs and, in accordance with the Court's order, renew our motion for an enlargement of time to respond to plaintiff's motion, if appropriate, at that time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

Of Counsel:

RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

June 1, 2007

s/Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 514-7969

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of June, 2007, a copy of the foregoing "DEFENDANT'S STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller