ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
MAY 31 2007
U.S. COURT OF FEDERAL CLAIMS

EVA P. WHITE, as Administratrix of the Estate of CHRISTINE H. ROBERTS,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 05-1236C
(Judge Baskir)

**DEFENDANT'S NOTICE OF APPEAL**

Notice is hereby given that the United States appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the Court entered on April 2, 2007. Copies of the opinion and order, and the judgment are attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KATHRYN A. BLEECKER
Assistant Director

Of Counsel:

RAFAEL A. MADAN
General Counsel

JASON P. COOLEY
Attorney Advisor
Office of the General Counsel
Office of Justice Programs
Department of Justice
810 7th Street, N.W.
Washington, D.C. 20531

May 31, 2007

Allison Kidd-Miller
ALLISON KIDD-MILLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tel: (202) 305-3020
Fax: (202) 514-7969

Attorneys for Defendant